IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Action No. 09-cv-02810-PAB-CBS

GARY LEE HERMAN and
JOYCE HERMAN,

    Plaintiffs,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, a federally charted
corporation, in its corporate capacity and as receiver of NEW FRONTIER BANK,
a closed Colorado state commercial bank in receivership, and
MIDWEST BANK, a Minnesota chartered state bank,

    Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss All Claims With Prejudice [Docket No. 14]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Stipulated Motion to Dismiss All Claims With Prejudice [Docket No. 14] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED March 31, 2010.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge